UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

**IN RE:**

**Patricia Daniels,**
  **Debtor.**

_____ /

**CASE NO.: 6:26-bk-11884-SY**
**CHAPTER 13**

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2005-WL1, ASSET-BACKED CERTIFICATES, SERIES 2005-WL1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid & Crane LLP
Attorney for Secured Creditor
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Sarah DooleyLewis
    Sarah DooleyLewis
    Email: sdooleylewis@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 26, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

PATRICIA DANIELS
7421 RED CLOVER WAY
HIGHLAND, CA 92346

And via electronic mail to:

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

ROD DANIELSON (TR)
3787 UNIVERSITY AVENUE
RIVERSIDE, CA 92501

UNITED STATES TRUSTEE (RS)
3801 UNIVERSITY AVENUE, SUITE 720
RIVERSIDE, CA 92501-3200

By: /s/ Amber Matas