| | |
|---|---|
| *Attorney or Party Name, Address, Telephone & FAX Nos.,*<br>*State Bar No. & Email Address*<br><br>Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* Patricia Daniels | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>Patricia Daniels<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:26-bk-11884-SY<br>CHAPTER: 13 |
|---|---|
| | **DECLARATION RE FILING OF TAX RETURNS AND PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS[1] (PRECONFIRMATION)** |
| | Next Meeting of Creditors<br>Date: **5/6/2026**          Time: **8:00 AM**<br>Next Confirmation Hearing<br>Date: **6/30/2026**          Time: **1:30 PM** |

***Instructions:*** *In a joint case, both debtors must answer and sign. This declaration must be filed with the court and served upon the chapter 13 trustee not later than 7 days before the first scheduled §341(a) meeting of creditors. If necessary, further declarations must be filed on or before the date of each hearing on confirmation of the Debtor's plan. Check the appropriate boxes.*

I, **Patricia Daniels** _____ *(Debtor's name(s))* ,
hereby declare:

<u>Tax Returns:</u>

---

[1] The term "domestic support obligation" is defined in 11 U.S.C. § 101(14A).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

|  | Joint |  |
|---|---|---|
| Debtor | Debtor |  |

| ☑ | ❏ | I have filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308. |
| ❏ | ❏ | I have NOT filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308. I have not filed the following return(s) for the following years:[2] |

| Year | Taxing Authority (federal, state, or local) | Proposed Date for Filing Return |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

| ❏ | ❏ | I am not required to file federal, state, or local tax returns because: |

_____

_____

<u>Domestic Support Obligations:</u>

|  | Joint |  |
|---|---|---|
| Debtor | Debtor |  |

| ☑ | ❏ | I do not owe any domestic support obligations. |
| ❏ | ❏ | As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. |
| ❏ | ❏ | No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my plan set forth above. |
| ❏ | ❏ | As of the date of this declaration, I have NOT paid all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. I am delinquent on the following post-filing payments: |

_____

_____

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **03/30/2026** | **Patricia Daniels** | *Patricia Daniels* |
|---|---|---|
| Date | Debtor's name | Debtor's signature |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _____ | _____ | _____ |
|---|---|---|
| Date | Joint Debtor's name | Joint Debtor's signature |

_____

[2] Attach additional pages as necessary.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.