**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA DANIELS,<br><br>Debtor. | **Case No: 6:26-bk-11884-SY**<br><br>**Chapter 13**<br><br>**DEBTOR'S REPLY TO OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY THE CHAPTER 13 TRUSTEE (docket #19) AND SECURED CREDITOR (docket #20)**<br><br>**Hearing**<br>Date: June 30, 2026<br>Time: 1:30 PM<br>Courtroom: 302<br>Location: 3420 Twelfth Street |

**TO THE HONORABLE SCOTT H. YUN, CHAPTER 13 TRUSTEE, AND SECURED CREDITOR, BRIAN STEWART WEISS, TRUSTEE OF THE BRIAN STEWART WEISS REVOCABLE TRUST DATED OCTOBER 20, 2021, AND ALL OTHER INTERESTED PARTIES:**

Debtor, Patricia Daniels, hereby submits this reply to the objections to confirmation filed by the Chapter 13 Trustee and Brian Stewart Weiss, Trustee of the Brian Stewart Weiss Revocable Trust dated October 20, 2021 (hereinafter, "Secured Creditor").

Concurrently with this response, Debtor is filing a First Amended Chapter 13 Plan, an amended Schedule J, and a Declaration Setting Forth Postpetition, Preconfirmation Payments. These filings resolve the Trustee's concerns regarding documentation and feasibility, and they cure the issues regarding claim amount and interest rate raised by the Secured Creditor.

## I. The Chapter 13 Trustee's Objections Have Been Resolved

Debtor has resolved all issues raised in the Chapter 13 Trustee's objection. The 2025 tax return and proof of Social Security income have been provided, the Secured Payment Declaration shows that Debtor is current on all post-petition obligations, and Debtor's First Amended Chapter 13 Plan remains at 100%.

## II. The Secured Creditor's Objections Have Been Resolved

The First Amended Plan resolves Secured Creditor's objections to the claim amount and interest rate by increasing the claim amount to $79,745 and by increasing the interest rate to 8.25%.

Under *Till v. SCS Credit Corp.*, the confirmation interest rate is determined by a formula approach starting with the national prime rate and adding a risk adjustment. *Till* does not require the debtor to pay the contract rate or the default rate asserted in the proof of claim. The 8.25% rate incorporates a 1.5% risk adjustment. This is reasonable and sufficient because the risk to collateral is exceptionally low as the property is Debtor's principal residence with an approximate value of $660,000, leaving an equity cushion of over $260,000. Furthermore, the property is fully insured, property taxes are current, and aside from the first mortgage, there are no other liens. The Secured Creditor retains its lien and will be paid in full. The Secured Creditor's request for a higher risk premium would double-count risk factors.

Furthermore, the Secured Creditor's objection regarding post-petition fees is premature and is resolved by the standard form plan language. If a secured creditor files a Notice of Postpetition Fees and Costs, those fees would be paid through the plan. As such, the local form Chapter 13 Plan and Confirmation Order provisions adequately protect Secured Creditor's ability to collect post-petition fees and costs.

///

///

///

//

DEBTOR'S REPLY TO OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

### III. Conclusion

All objections to confirmation of the Debtor's Chapter 13 Plan have been resolved, and the First Amended Plan is feasible and complies with all applicable provisions of the Bankruptcy Code. Accordingly, the Debtor respectfully requests that the Court overrule the objections and confirm her First Amended Chapter 13 Plan.

NEXUS BANKRUPTCY

Date: June 17, 2026

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Debtors

DEBTOR'S REPLY TO OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S REPLY TO OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY THE CHAPTER 13 TRUSTEE (DOCKET #19) AND SECURED CREDITOR (DOCKET #20)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/17/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Sarah Arlene Dooley-Lewis     sdooleylewis@raslg.com
Arnold L Graff     agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
Mandy Youngblood     csbk@gmfinancial.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 6/17/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/17/2026 | **Benjamin Heston** | **/s/Benjamin Heston** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.