## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Patricia Daniels
**SSN:** xxx–xx–9086
**EIN:** N/A

7421 Red Clover Way
Highland, CA 92346

**BANKRUPTCY NO.**  6:26–bk–11884–SY
**CHAPTER**  13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: July 23, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)

**34 / AUTU**