United States Bankruptcy Court

Central District of California

In re:                                                                        Case No. 26-11884-SY

Patricia Daniels                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                            Page 1 of 3

Date Rcvd: Jul 23, 2026                       Form ID: ntc13pln                      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Daniels, 7421 Red Clover Way, Highland, CA 92346-3871 |
| cr | + | BRIAN STEWART WEISS, TRUSTEE OF THE BRIAN STEWART, Wright, Finlay & Zak, LLP, 4665 MacArthur Court, Suite 200, Newport Beach, CA 92660-1811 |
| 42986027 | | FrstFin Credit, PO Box 1316, Dublin, OH 43017-6316 |
| 42986030 | + | Irvin Perry, 7421 Red Clover Way, Highland, CA 92346-3871 |
| 42986037 | | Val-Chris Investments, 2601 Main St, Ste 400 Ste 400, Irvine, CA 92614-4213 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jul 24 2026 02:40:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 24 2026 02:41:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 24 2026 02:39:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 42999455 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 24 2026 02:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 42986024 | | Email/Text: bo@capella.edu | Jul 24 2026 02:39:00 | Capella University, 225 S 6th St Ste 9, Minneapolis, MN 55402-4643 |
| 42986025 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2026 02:45:27 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 43083410 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 24 2026 02:41:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 43209110 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 24 2026 02:40:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 42986026 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 24 2026 02:45:19 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 42986028 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 24 2026 02:40:00 | GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 42986029 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 24 2026 02:41:00 | Hyundai Capital America, 3161 Michelson Dr Ste 1900, Irvine, CA 92612-4418 |
| 43084765 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 24 2026 02:41:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 43107776 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 02:45:13 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 23, 2026 | Form ID: ntc13pln | Total Noticed: 29 |

| | | | |
|---|---|---|---|
| | | | PO Box 10587, Greenville, SC 29603-0587 |
| 42986031 | Email/Text: mail@ldf-holdings.com | Jul 24 2026 02:39:00 | Lendumo, Po Box 542, Lac Du Flambeau, WI 54538-0542 |
| 42986033 | Email/Text: EBN@Mohela.com | Jul 24 2026 02:39:00 | MOHELA / Dept of Education, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 43008930 | Email/Text: ECMCBKNotices@ecmc.org | Jul 24 2026 02:40:00 | MOHELA on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 42986032 | Email/Text: bankruptcy@marinerfinance.com | Jul 24 2026 02:39:00 | Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 42986034 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 24 2026 02:40:00 | NelNet / US Dept of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 43055444 | Email/PDF: cbp@omf.com | Jul 24 2026 02:45:24 | ONEMAIN FINANCIAL GROUP LLC, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 42986035 | Email/PDF: cbp@omf.com | Jul 24 2026 02:45:08 | OneMain Financial, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 42992981 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 02:45:13 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 43072723 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 24 2026 02:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 42986036 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 24 2026 02:41:00 | Select Portfolio Services, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 43001651 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 24 2026 02:40:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| 43082781 | | Brian Stewart Weiss, et al, 2601 Main St., Ste. 40 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 43112504 | *+ | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM, MD 21236-5034 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026          Signature:          /s/Gustava Winters

District/off: 0973-6                    User: admin                              Page 3 of 3

Date Rcvd: Jul 23, 2026                 Form ID: ntc13pln                        Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arnold L Graff | on behalf of Creditor BRIAN STEWART WEISS  TRUSTEE OF THE BRIAN STEWART WEISS REVOCABLE TRUST DATED OCTOBER 20, 2021 agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net |
| Benjamin Heston | on behalf of Debtor Patricia Daniels bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Mandy Youngblood | on behalf of Interested Party Courtesy NEF csbk@gmfinancial.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sarah Arlene Dooley-Lewis | on behalf of Creditor Deutsche Bank National Trust Company sdooleylewis@raslg.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

**United States Bankruptcy Court**
**Central District of California**

**3420 Twelfth Street, Riverside, CA 92501–3819**

## <u>NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN</u>

**DEBTOR(S) INFORMATION:**
Patricia Daniels
**SSN:** xxx–xx–9086
**EIN:** N/A

7421 Red Clover Way
Highland, CA 92346

**BANKRUPTCY NO.** 6:26–bk–11884–SY
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: July 23, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)                                        **34 / AUTU**