# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE: PATRICIA DANIELS
7421 RED CLOVER WAY
HIGHLAND, CA 92346

IN THE MATTER OF:
PATRICIA DANIELS
7421 RED CLOVER WAY
HIGHLAND, CA 92346

DATE: 09/22/2026
Case No. 6:26-bk-11884-SY

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CREDITOR CLASS | TEE CLM# |
|---|---|---|---|---|---|---|
| 02 | AMERICREDIT FINANCIA | $38,643.00 | $1,029.06 | 4557 | VEHICLE ARREARS | 1 |
| 09 | HYUNDAI CAPITAL AMER | $3,277.00 | $486.70 | 7742 | VEHICLE ARREARS | 2 |
| 08 | DEUTSCHE BANK NATION | $320,163.00 | $5,001.87 | 2061 | MORTGAGE ARREARS | 3 |
| 07 | BRIAN STEWART WEISS | $75,000.00 | $79,744.18 | 6333 | SECURED | 4 |
| | CAPELLA UNIVERSITY | PAID OUTSIDE | PAID OUTSIDE | XXXX | UNSECURED | 5 |
| 10 | LVNV FUNDING, LLC | $1,136.00 | $1,136.95 | 5945 | UNSECURED | 6 |
| 11 | LVNV FUNDING, LLC | $1,116.00 | $1,016.76 | 4517 | UNSECURED | 7 |
| 06 | PREMIER BANKCARD LLC | $612.00 | $507.13 | 9529 | UNSECURED | 8 |
| | FRSTFIN CREDIT | $614.00 | NOT FILED | 7303 | UNSECURED | 9 |
| | LENDUMO | $5,200.00 | NOT FILED | | UNSECURED | 10 |
| 12 | MARINER FINANCE | $2,974.00 | $3,018.53 | 016495 | UNSECURED | 11 |
| 04 | ECMC | PAID OUTSIDE | PAID OUTSIDE | 9086 | UNSECURED | 12 |
| 03 | US DEPT OF EDUCATION | PAID OUTSIDE | PAID OUTSIDE | 9086 | UNSECURED | 13 |
| | NELNET / US DEPT OF | PAID OUTSIDE | PAID OUTSIDE | 5087 | UNSECURED | 14 |
| | NELNET / US DEPT OF | PAID OUTSIDE | PAID OUTSIDE | 4787 | UNSECURED | 15 |
| | NELNET / US DEPT OF | PAID OUTSIDE | PAID OUTSIDE | 4887 | UNSECURED | 16 |
| | NELNET / US DEPT OF | PAID OUTSIDE | PAID OUTSIDE | 4987 | UNSECURED | 17 |
| | NELNET / US DEPT OF | PAID OUTSIDE | PAID OUTSIDE | 5287 | UNSECURED | 18 |
| | NELNET / US DEPT OF | PAID OUTSIDE | PAID OUTSIDE | 5587 | UNSECURED | 19 |
| | NELNET / US DEPT OF | PAID OUTSIDE | PAID OUTSIDE | 5187 | UNSECURED | 20 |
| | NELNET / US DEPT OF | PAID OUTSIDE | PAID OUTSIDE | 3187 | UNSECURED | 21 |
| | NELNET / US DEPT OF | PAID OUTSIDE | PAID OUTSIDE | 5487 | UNSECURED | 22 |
| 05 | ONEMAIN FINANCIAL GR | $1,569.00 | $1,741.02 | 5851 | UNSECURED | 23 |
| 01 | PYOD, LLC | NOT SCHEDULED | $3,187.45 | 8383 | UNSECURED | 24 |
| | BRIAN STEWART WEISS | NOT SCHEDULED | $3,000.00 | 6333 | SECURED | 25 |
| | TOTAL: | $450,304.00 | $99,869.65 | | | |

ABOVE "TOTALS" DO NOT INCLUDE "SURRENDERED" OR "PAID OUTSIDE" CLAIMS. IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY. THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

Dated: 09/22/2026

/s/ Rod Danielson
Signature

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:26-bk-11884-SY**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

| | |
|---|---|
| LUIS CARRILLO | /s/ LUIS CARRILLO |
| Type or Print Name | Signature |

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

PATRICIA DANIELS
7421 RED CLOVER WAY
HIGHLAND, CA 92346

NEXUS BANKRUPTCY
3090 BRISTOL ST #400
COSTA MESA, CA 92626

Executed on 09/22/2026 at Riverside, California.

| | |
|---|---|
| LUIS CARRILLO | /s/ LUIS CARRILLO |
| Type or Print Name | Signature |