Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:26-bk-11884-SY AS OF 9/30/2026**

PATRICIA DANIELS
7421 RED CLOVER WAY
HIGHLAND, CA 92346

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 09/11/26 | $2,265.00 | 09/2026 | $2,265.00 |
| 08/10/26 | $2,265.00 | 08/2026 | $2,265.00 |
| 07/10/26 | $2,265.00 | 07/2026 | $2,265.00 |
| 06/10/26 | $1,770.00 | 06/2026 | $1,770.00 |
| 05/11/26 | $1,770.00 | 05/2026 | $1,770.00 |
| 04/10/26 | $1,770.00 | 04/2026 | $1,770.00 |
| | | 03/2026 | $0.00 |
| | | 02/2026 | $0.00 |
| | | 01/2026 | $0.00 |
| | | 12/2025 | $0.00 |
| | | 11/2025 | $0.00 |
| | | 10/2025 | $0.00 |

CURRENT CASE DISPOSITION: ACTIVE

| | |
|---|---|
| FILING DATE: | 03/15/2026 |
| 1ST MEETING DATE: | 05/06/2026 |
| CONFIRMATION DATE: | 06/30/2026 |
| TERM OF PLAN: | 60 MONTHS |
| PERCENT TO UNSEC.: | 100.00% |

| | |
|---|---|
| MONTHLY PLAN PMT AMT: | $2,265.00 |
| GROSS RECEIPTS: | $12,105.00 |
| REFUNDS FR CREDITORS: | $0.00 |
| NET PAID CREDITORS: | $3,841.95 |

| | |
|---|---|
| FEES PAID TO ATTY: | $5,000.00 |
| FEES PAID TO TRUSTEE: | $1,210.50 |
| REFUNDS TO DEBTOR: | $0.00 |
| BALANCE ON HAND: | $2,052.55 |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | NEXUS BANKRUPTCY | ATTORNEY FEE | N/A | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| 0001 | AMERICREDIT FINANCIAL SERVICES | VEHICLE ARREARS | 4.00 | $38,643.00 | $1,029.06 | $23.71 | $17.12 | $1,005.35 |
| 0002 | HYUNDAI CAPITAL AMERICA | VEHICLE ARREARS | 4.00 | $3,277.00 | $486.70 | $14.03 | $6.49 | $472.67 |
| 0003 | DEUTSCHE BANK NATIONAL TRUST | MORTGAGE ARREARS | 0.00 | $320,163.00 | $5,001.87 | $178.78 | $0.00 | $4,823.09 |
| 0004 | BRIAN STEWART WEISS TRUST | SECURED | 9.25 | $75,000.00 | $79,744.18 | $528.36 | $3,073.46 | $79,215.82 |
| 0005 | CAPELLA UNIVERSITY | UNSECURED | 0.00 | $3,300.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | LVNV FUNDING, LLC | UNSECURED | 0.00 | $1,136.00 | $1,136.95 | $0.00 | $0.00 | $1,136.95 |
| 0007 | LVNV FUNDING, LLC | UNSECURED | 0.00 | $1,116.00 | $1,016.76 | $0.00 | $0.00 | $1,016.76 |
| 0008 | PREMIER BANKCARD LLC | UNSECURED | 0.00 | $612.00 | $507.13 | $0.00 | $0.00 | $507.13 |
| 0009 | FRSTFIN CREDIT | UNSECURED | 0.00 | $614.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | LENDUMO | UNSECURED | 0.00 | $5,200.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | MARINER FINANCE | UNSECURED | 0.00 | $2,974.00 | $3,018.53 | $0.00 | $0.00 | $3,018.53 |
| 0012 | ECMC | UNSECURED | 0.00 | $207,877.00 | $207,760.56 | $0.00 | $0.00 | $0.00 |
| 0013 | US DEPT OF EDUCATION | UNSECURED | 0.00 | $19,052.00 | $97,848.28 | $0.00 | $0.00 | $0.00 |
| 0014 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $15,781.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0015 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $15,460.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0016 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $10,320.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0017 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $10,082.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0018 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $9,968.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0019 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $5,331.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0020 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $5,122.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0021 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $3,529.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0022 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $3,016.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0023 | ONEMAIN FINANCIAL GROUP, LLC. | UNSECURED | 0.00 | $1,569.00 | $1,741.02 | $0.00 | $0.00 | $1,741.02 |
| 0024 | PYOD, LLC | UNSECURED | 0.00 | $0.00 | $3,187.45 | $0.00 | $0.00 | $3,187.45 |
| 0025 | BRIAN STEWART WEISS TRUST | SECURED | 0.00 | $0.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 |
| | | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | **$99,124.77** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL. IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS. TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.